UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil File No. 07-CV-2996 MJD/SRN

---

Anthony Bannitt,

       Plaintiff,

vs.

Oxford Collection Agency, Inc.,

       Defendant.

**NOTICE OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.


Dated: September 20, 2007

**SCRIMSHIRE, MARTINEAU, GONKO & VAVRECK, PLLC**

 s/ Mark L. Vavreck                     .
Mark L. Vavreck, Esq.
Attorney I.D.#0318619
Designer's Guild Building
401 North Third Street
Suite 600
Minneapolis, MN 55401
Telephone: (612) 659-9500
Facsimile:  (612) 659-9220

**ATTORNEY FOR PLAINTIFF**