UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil File No. 07-CV-2996  MJD/SRN

---

Anthony Bannitt,

        Plaintiff,

vs.   **ORDER**

Oxford Collection Agency, Inc.,

        Defendant.

---

### ORDER FOR JUDGMENT OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

        BY THE COURT

Dated:  September 24, 2007        s/Michael J. Davis
                                              The Honorable Michael J. Davis
                                              Judge of United States District Court